IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DWYER,<br>　　　　　Petitioner,<br><br>　　　v.<br><br>ROBERT SHANNON, et al.,<br>　　　　　Respondents. | CIVIL ACTION<br><br>NO. 07-4996 |

### ORDER

AND NOW, this 22nd day of Aug., 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated July 30, 2008, IT IS HEREBY ORDERED that:

　　1.　the R&R is APPROVED and ADOPTED;

　　2.　the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

　　3.　there is no probable cause to issue a certificate of appealability.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　_Robert F. Kelly_
　　　　　　　　　　　　ROBERT F. KELLY, J.